**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 94-2455**

-----

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RICHARD ANTHONY WILFORD,

                                        Claimant - Appellant,

        and

$42,304.00 IN U. S. CURRENCY,

                                        Defendant.

-----

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-94-932-JFM)

-----

Submitted:  July 23, 1996          Decided:  August 5, 1996

-----

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Richard Anthony Wilford, Appellant Pro Se.  Andrea L. Smith, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting the government's summary judgment motion and from the court's final decree of forfeiture. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm. See <u>United States v. Ursery</u>, ___ U.S. ___, 64 U.S.L.W. 4565 (U.S. June 24, 1996) (Nos. 95-345, 95-346). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>